**<u>MINUTE SHEET</u>  - Motion Hearing**                      DATE <u> September 25, 2024</u>


CASE NO. <u>CIV-24-980-J</u>          Style: <u>NexStar Media, Inc. et al, v. Ryan Walters, et al.</u>


COMMENCED:<u> 10:00 A.M.     </u>     ENDED:<u> 11:15A.M.     </u>     TOTAL TIME:<u> 1:15  </u>

<u>JUDGE Bernard M. Jones</u>          DEPUTY<u>: D. Wayne Lee</u>          COURT REORTER<u>: Susan Fenimore</u>


| Plf Counsel: Robert D. Nelon | Dft Counsel: Michael Beason |
|---|---|
| Charles Miller | Shannon Smith |
| Courtney Corbello | |


Counsel makes appearances.

Arguments heard.


COURTROOM MINUTE:

The Court will take this matter under advisement. A detailed Order will be entered.