UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEXSTAR MEDIA, INC. d/b/a KFOR-TV, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN WALTERS, et al.,<br><br>*Defendants*. | Case No. 5:24-cv-00980-J |

JOINT MOTION TO EXTEND TRO, CONSOLIDATE HEARINGS AND ENTER A SCHEDULING ORDER

The parties jointly file this motion requesting that this Court extend the TRO, consolidate Plaintiffs' Motion for Preliminary Injunction with a trial on the merits and set a scheduling order in accordance with the consolidation. The parties met and conferred on October 1, 2024 and jointly propose the following to this Court:

1. Extend the TRO (Dkt. 14) until decision of this case on the merits, provided a trial on the merits occurs before January 1, 2025.

2. Advance the trial on the merits and consolidate it with the arguments on Plaintiffs' motion for preliminary injunction with a trial on the merits.

3. The parties propose the following deadlines for pre-trial matters:

    a. Written discovery requests served no later than **October 11, 2024**.

    b. Responses to written discovery requests due 30 days from date of service.

    c. Discovery closed **November 29, 2024**.

    d. Defendants' Response to Plaintiffs' Motion for Preliminary Injunction due **14 days prior** to the Court's hearing on Plaintiffs' Motion for Preliminary Injunction and final trial on the merits.[1]

    e. Plaintiffs' Reply in Support of Preliminary Injunction due **7 days prior** to the Court's hearing on Plaintiffs' Motion for Preliminary Injunction and final trial on the merits.[2]

    f. Witness and Exhibit lists due **7 days prior** to the Court's hearing on Plaintiffs' Motion for Preliminary Injunction and final trial on the merits.

    g. Objections to Witness and Exhibit Lists due **3 days prior** to the Court's hearing on Plaintiffs' Motion for Preliminary Injunction and final trial on the merits.

4. The parties have conferred on availability for a combined hearing on Plaintiffs' Motion for Preliminary Injunction and final trial on the merits. Evidence will be submitted prior to trial and any live testimony will be minimal. Accordingly, the parties agree that the trial will occupy no more

---

[1] This Court previously set the deadline for this filing as October 4, 2024. Dkt. 17.
[2] This Court previously set the deadline for this filing as October 8, 2024. Dkt. 17

than one full day. The parties are available for trial on **December 11, 12, 16, 17 or 18, 2024**.

| | |
|---|---|
| Respectfully submitted. | Dated: October 2, 2024 |
| | |
| *s/ Charles Miller* | *s/Michael T. Beason* |
| Charles Miller* | Michael T. Beason, OBA #18535 |
| Ohio Bar No. 0073844 | General Counsel |
| Courtney Corbello* | Oklahoma State Department of Education |
| Trial Counsel | |
| Texas Bar No. 24097533 | 2500 N. Lincoln Blvd. |
| INSTITUTE FOR FREE SPEECH | Oklahoma City, OK 73105 |
| 1150 Connecticut Ave., NW | Telephone: 405.764.5314 |
| Suite 801 | Michael.beason@sde.ok.gov |
| Washington, D.C. 20036 | *Counsel for Defendants* |
| Tel: (202) 985-1644 | |
| Fax: (202) 301-3399 | |
| cmiller@ifs.org | *s/Shannon D. Smith* |
| ccorbello@ifs.org | Shannon D. Smith, OBA #17346 |
| | Deputy General Counsel |
| *s/ Robert D. Nelon* | Oklahoma State Department of Education |
| Robert D. Nelon, OBA #6610 | |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | 2500 N. Lincoln Blvd. |
| | Oklahoma City, OK 73105 |
| 100 North Broadway, Suite 2900 | Telephone: 405.764.5314 |
| Oklahoma City, OK 73102 | Shannon.smith@sde.ok.gov |
| Telephone: (405) 553–2828 | *Counsel for Defendants* |
| Facsimile: (405) 553–2855 | |
| bnelon@hallestill.com | |
| *Counsel for Plaintiffs* | |
| **admitted pro hac vice* | |

3