UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEXSTAR MEDIA, INC. d/b/a KFOR-TV; DYLAN BROWN; KEVIN JOSEFY; GAGE SHAW, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. CIV-24-980-J |
| RYAN WALTERS, State Superintendent of Public Instruction; DAN ISETT, Press Secretary for the Oklahoma State Department of Education, in their official and individual capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Extend TRO, Consolidate Hearings and Enter a Scheduling Order [Doc. No. 19]. Upon review, the joint motion [Doc. No. 19] is GRANTED, and the Court ORDERS as follows:

1. The Court's temporary restraining order, *see* [Doc. No. 14], is extended and will remain in effect until the earlier of a decision of this case on the merits, or January 1, 2025.

2. The trial on the merits will be advanced and consolidated with the hearing on Plaintiffs' request for a preliminary injunction. The consolidated hearing is scheduled for December 11, 2024, at 9:30 a.m., in Courtroom 303.[1]

3. The Court sets the following deadlines to occur prior to the consolidated hearing:

    a. The parties' written discovery requests shall be served by October 11, 2024.

---

[1] The Court is currently uncertain how many criminal cases will be set on its December 2024 jury trial docket. As criminal cases will take precedence, the parties should be prepared for the possibility of rescheduling.

b. The parties' responses to written discovery requests shall be served 30 days from the date of service.

c. Discovery shall close November 29, 2024.

d. Defendants' response to Plaintiff's motion for a preliminary injunction shall be filed by November 27, 2024.

e. Plaintiffs' reply in support of a preliminary injunction, if any, shall be filed by December 4, 2024.

f. The parties' witness and exhibit lists shall be filed by December 4, 2024.

g. The parties' objections to witness and exhibit lists shall be filed by December 6, 2024.

4. The Court strikes the hearing set in this matter for October 7, 2024, at 1:30 p.m., in Courtroom 303.

IT IS SO ORDERED this 3rd day of October, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE