UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEXSTAR MEDIA, INC. d/b/a KFOR-TV, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RYAN WALTERS, et al.,<br><br>    *Defendants*. | Case No. 5:24-cv-00980-J |

NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a Subpoena, in the forms attached hereto, on the following individuals: (1) Matt Langston; (2) Donald Burdick; (3) Sarah Lepak; (4) Katie Quebedeaux; (5) Zachary Archer; and (6) Kendra Wesson.

| | |
|---|---|
| Respectfully submitted. | Dated: October 9, 2024 |
| *s/ Courtney Corbello*<br>Courtney Corbello*<br>Texas Bar No. 24097533<br>Charles Miller*<br>Ohio Bar No. 0073844<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Ave., NW, Ste 801<br>Washington, D.C. 20036<br>Tel: (202) 985-1644<br>cmiller@ifs.org<br>ccorbello@ifs.org<br>*Counsel for Plaintiffs*<br>*admitted pro hac vice | Robert D. Nelon, OBA #6610<br>HALL, ESTILL, HARDWICK, GABLE,<br>GOLDEN & NELSON, P.C.<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102<br>Telephone: (405) 553–2828<br>Facsimile: (405) 553–2855<br>bnelon@hallestill.com<br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

*s/ Courtney Corbello*
Courtney Corbello
