# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

NEXSTAR MEDIA, INC. d/b/a KFOR-TV;
*et al.*,

    *Plaintiffs*,

**v.**

RYAN WALTERS, *et al.*;

    *Defendants*.

Case No. 24-CV-00980-J

## NOTICE OF DEPOSITION

TO:  Defendants Ryan Walters and Dan Isett
     c/o Shannon D. Smith
     Michael T. Beeson
     Oklahoma State Department of Education
     2500 North Lincoln Boulevard
     Oklahoma City, OK 73105

Please take notice that on November 22, 2024, beginning at 9:00 a.m., the plaintiffs, Nexstar Media, Inc., Dylan Brown, Kevin Josephy, and Gage Shaw, will take the oral and video deposition of the defendant Ryan Walters in the offices of Hall Estill, BancFirst Tower, Suite 2900, 100 N. Broadway, Oklahoma City, OK 73102, before an officer authorized to administer oaths. The deposition shall continue from day to day until concluded.

Dated: October 24, 2024

Respectfully submitted.

*s/ Charles Miller*
Charles Miller*
Ohio Bar No. 0073844
Courtney Corbello*
Trial Counsel
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
cmiller@ifs.org
ccorbello@ifs.org
*admitted pro hac vice*

and

Robert D. Nelon
OBA No. 6610
HALL ESTILL
BankFirst Tower, Suite 2900
100 North Broadway
Oklahoma City, OK 73102
Tel: (405) 553–2805
Fax: (405) 553–2855
bnelon@hallestill.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

*s/Charles Miller*

20602467.1:006741.00008