UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. NEXSTAR MEDIA, INC. d/b/a KFOR-TV;<br>2. DYLAN BROWN;<br>3. KEVIN JOSEFY; and<br>4. GAGE SHAW,<br>    Plaintiffs,<br><br>vs.<br><br>1. RYAN WALTERS, State Superintendent of Public Instruction;<br>2. DAN ISETT, Director of Communications for the Oklahoma State Department of Education, in their official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-CV-00980-J |

## NOTICE OF DEPOSITION

TO: Plaintiffs Nexstar Media, Inc. d/b/a KFOR-TV; Dylan Brown; Kevin Josefy; and Gage Shaw
c/o Chip Miller, Ohio Bar No. 0073844
Courtney Corbello, Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
cmiller@ifs.org
ccorbello@ifs.org

Please take notice that on November 20, 2024, beginning at 8:00 a.m., the

defendants, Ryan Walters and Dan Isett, in their official capacities, will take the oral and video deposition of the plaintiff Dylan Brown at the Oklahoma State Department of Education, 2500 North Lincoln Boulevard, Oklahoma City, OK 73105, 5th Floor Conference Room 500CR2, before an officer authorized to administer oaths. The deposition shall continue from day to day until concluded.

Dated: October 31, 2024

Respectfully submitted,

*Shannon D. Smith*
Shannon D. Smith, OBA # 17346
OSDE Deputy General Counsel
2500 N. Lincoln Blvd.
Oklahoma City, Oklahoma 73105
Attorney for tDefendants
in their official capacity
Tele: 405.764.5314
Email: shannon.smith@sde.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

/s/ Shannon D. Smith
Shannon D. Smith, OBA # 17346
OSDE Deputy General Counsel
2500 N. Lincoln Blvd.
Oklahoma City, Oklahoma 73105
Attorney for Defendants
in their official capacity
Tele: 405.764.5314
Email: shannon.smith@sde.ok.gov