UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. NEXSTAR MEDIA, INC. d/b/a KFOR-TV;<br>2. DYLAN BROWN;<br>3. KEVIN JOSEFY; and<br>4. GAGE SHAW,<br>    Plaintiffs,<br><br>vs.<br><br>1. RYAN WALTERS, State Superintendent of Public Instruction;<br>2. DAN ISETT, Press Secretary for the Oklahoma State Department of Education, in their official and individual capacities,<br>    Defendants. | Cause No.: CIV-24-980-J |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants, Ryan Walters, State Superintendent of Public Instruction and Dan Isett, Press Secretary for the Oklahoma State Department of Education, in their official capacity.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this court.

Dated: November 18, 2024.

Respectfully submitted,

*Victoria A. Carrasco*

Victoria A. Carrasco, OBA #34508
Assistant General Counsel
Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405.227.6812
Victoria.carrasco@sde.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System and that a true and correct copy of this document was delivered via U.S. Mail, postage pre-paid to the following recipient(s):

Robert D. Nelon
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
bnelon@hallestill.com

Charles Miller
Courtney Corbello
Institute for Free Speech
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
cmiller@ifs.org
ccorbello@ifs.org

*Victoria A. Carrasco*
Victoria A. Carrasco