IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NEXSTAR MEDIA, INC. d/b/a )
KFOR-TV, et al., )
    Plaintiffs, )
)
vs. ) Case No.: 5:24-cv-00980-J
)
RYAN WALTERS, et al., )
    Defendants. )

## ENTRY OF APPEARANCE OF COUNSEL

COMES NOW, Blythe Hicks, Assistant General Counsel for the Oklahoma State Department of Education and enters her appearance as counsel of record for the Defendants.

Respectfully submitted,

*/s/ Blythe Hicks*
Blythe Hicks, OBA# 35132
Assistant General Counsel for the
Oklahoma State Department of
Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405.521.6295
Email: blythe.hicks@sde.ok.gov

CERTIFICATE OF DELIVERY

Charles Miller,
Ohio Bar No. 0073844
Courtney Corbello,
Trial Counsel
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
cmiller@ifs.org
ccorbello@ifs.org
Counsel for Plaintiffs

Robert D. Nelon, OBA#6610
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
bnelon@hallestill.com
Counsel for Plaintiffs

/s/ Blythe Hicks
Blythe Hicks