IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NEXSTAR MEDIA, INC. d/b/a )
KFOR-TV, et al., )
    Plaintiffs, )
)
vs. ) Case No.: 5:24-cv-00980-J
)
RYAN WALTERS, et al., )
    Defendants. )

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' CORRECTED EXHIBIT AND WITNESS LIST

Defendants, Superintendent of Public Instruction, Ryan Walters, and Dan Isett, pursuant to the scheduling order in this matter and the Local Rules of the United States District Court for the Western District of Oklahoma, submit the following objections to Plaintiffs' Corrected Exhibit and Witness List. Defendants reserve the right to amend or modify any of the objections set forth on the basis of any stipulation entered into by the parties; corrections, revisions or other modifications to the underlying exhibits; any order from the Court on outstanding motions; and any ruling from the Court impacting admissibility.

### PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1. Defendants' objections are made without prejudice to, or waiver of, Defendants' right to rely on other facts or documents at trial.

2. By making the accompanying objections, Defendants' do not waive and expressly preserve any objection(s) previously made.

3. Subject to the above and foregoing, Defendants further provide as follows:

## SPECIFIC OBJECTIONS

1. Defendants object to Plaintiffs' submission of an Amended Exhibit and Witness List as it filed on December 6, 2024, two days after the Court ordered the submission of such.

2. Defendants object to Mike Simons X post on the grounds of hearsay as well as for lacking authentication as no witness is listed to authenticate.

## PRAYER

For the reasons stated above, Defendants respectfully request this Court rule in favor of Defendants' objections to the Plaintiffs' Exhibit and Witness List.

Respectfully submitted,

Michael T. Beason, OBA # 18535
General Counsel
2500 N. Lincoln Blvd.
Oklahoma City, Oklahoma 73105
Attorney for the Defendants
in their official capacity
Tele: 405.522.5260
Email: michael.beason@sde.ok.gov

CERTIFICATE OF DELIVERY

I, the undersigned, certify that a true and correct copy of the above and foregoing document was delivered to the following recipient(s) on December 6th, 2024.

Charles Miller,
Ohio Bar No. 0073844
Courtney Corbello,
Trial Counsel
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
cmiller@ifs.org ccorbello@ifs.org
Counsel for Plaintiffs

Robert D. Nelon, OBA#6610
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
bnelon@hallestill.com
Counsel for Plaintiffs

Michael T. Beason