**Exhibit 1**

| | |
|---|---|
| **From:** | Bob Nelon |
| **To:** | Charles Miller; Courtney Corbello |
| **Cc:** | Kortney Nelson |
| **Subject:** | FW: Word for Word Reporting sent you Brown, Shaw, & Josefy Transcript Files via WeTransfer |
| **Date:** | Monday, November 25, 2024 4:57:26 PM |
| **Attachments:** | image001.emz<br>image002.png<br>image003.png |

**From:** WeTransfer <noreply@wetransfer.com>
**Sent:** Monday, November 25, 2024 4:30 PM
**To:** Bob Nelon <bnelon@hallestill.com>
**Subject:** Word for Word Reporting sent you Brown, Shaw, & Josefy Transcript Files via WeTransfer

This message was sent from outside the organization. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.



# depo@w4wreporting.com
# sent you Brown, Shaw, & Josefy Transcript Files

18 items, 4.04 MB in total · Expires on 25 November, 2025

**Brown, Shaw, & Josefy Transcript Files** Good afternoon,

Attached please find the link to download the transcript files from the depositions of Dylan Brown, Gage Shaw, & Kevin Josefy, taken November 19 & 20, 2024.

If you have any questions, or need anything else, please do not hesitate to reach out.

Toni Swayze
Office Manager
Word for Word Reporting, LLC

Get your files

Download link

https://link.edgepilot.com/s/56d16c8d/ek1qDrYxn0K76pPzy_d8Dw?u=https://w4wreporting.wetransfer.com/downloads/813210461f2ceb30d17440ceb38e121d20241125223015/a2f94f6c6a1346cbac4c38944693a97820241125223015/f71a8f?t_exp=1764109815%26t_lsid=efe7cf34-a624-4c35-a4b8-98888d9f6f09%26t_network=email%26t_rid=YXV0aDB8VHJhbnNmZXJ8cWVhdnZrbDkyd2E1ZTc%253D%26t_s=download_link%26t_ts=1732573815%26subdomain=w4wreporting

18 items

2024-11-19 Dylan Brown Exhibits
Folder · 1 item

2024-11-19 Dylan Brown R&S.pdf
242 KB

2024-11-19 Dylan Brown.ptx
47.9 KB

2024-11-19 Dylan Brown.txt
133 KB

2024-11-19 Dylan Brown_condtranscript_Z_ex.pdf
753 KB

2024-11-19 Dylan Brown_full_ex.pdf
944 KB

+ 12 more

To make sure our emails arrive, please add noreply@wetransfer.com to your contacts.

About WeTransfer · Help · Legal · Report this transfer

Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**Robert D. Nelon**
Of Counsel



T: 405-553-2805
C: 405-590-5736
E: bnelon@hallestill.com
    100 N. Broadway Ave.
    Suite 2900
    Oklahoma City, OK 73102
    Bio

This e-mail message and any attachment thereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the recipient or reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately by sending a reply e-mail message to the sender. Thank you.