# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEXSTAR MEDIA, INC. d/b/a KFOR-TV; DYLAN BROWN; KEVIN JOSEFY; GAGE SHAW, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN WALTERS, State Superintendent of Public Instruction; DAN ISETT, Press Secretary for the Oklahoma State Department of Education, in their official and individual capacities, <br><br> Defendants. | Case No. CIV-24-980-J |

## ORDER

Before the Court is the Motion to Withdraw as Counsel filed by Michael T. Beason, attorney for Defendants [Doc. No. 67]. The motion states that Jacquelyne K. Phelps will continue representing Defendants. Upon review, and for good cause shown, the motion [Doc. No. 67] is GRANTED, and Michael T. Beason is permitted to withdraw as counsel of record for Defendants and is relieved of further appearance or participation in this matter.

IT IS SO ORDERED this 11th day of June, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE