UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEXSTAR MEDIA, INC., d/b/a KFOR-TV; DYLAN BROWN; KEVIN JOSEFY; GAGE SHAW<br>　　　　　Plaintiff(s)<br><br>vs.<br>RYAN WALTERS, State Superintendent of Public Instruction; DAN ISETT, Press Secretary, in their official capacities,<br>　　　　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>) CASE NO.　24cv980-J<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that  Ryan Walters and Dan Isett

Plaintiff(s)  ☒ Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on June 27, 2025.

_Jacquelyne K. Phelps_
Signature

Jacquelyne K. Phelps
Printed Name

2500 N. Lincoln Blvd.
Mailing Address

Oklahoma City, OK 73105
City, State, Zip

405-521-2983
Phone No.　　　　　　　　Fax No.

Jacki.Phelps@sde.ok.gov
Email Address

Rvsd 10-09