UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

October 01, 2025

Joan Kane  
United States District Court for the Western District of Oklahoma  
Office of the Clerk  
200 NW 4th Street  
Oklahoma City, OK 73102

Jacquelyne Karie Phelps  
Victoria Anna Carrasco  
Oklahoma State Department of Education  
2500 North Lincoln Boulevard, Suite 500  
Oklahoma City, OK 73105-4599

Mr. Charles Michael Miller  
Institute for Free Speech  
1150 Connecticut Avenue NW, Suite 801  
Washington, DC 20036

Mr. Robert D. Nelon  
Hall Estill  
100 North Broadway Avenue, Suite 2900  
Oklahoma City, OK 73102-8865

**RE:** 25-6103 and 25-6112, Nexstar Media, et al v. Walters, et al  
Dist/Ag docket: 5:24-CV-00980-J

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing these cases.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at